UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOSES JOLAOSO OLUWATOMISIN,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al*.,

Respondents.

Case No. 1:26-cv-04113 (VC)

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

Petitioner Moses Jolaoso Oluwatomisin filed a petition for writ of habeas corpus and motion for temporary restraining order alleging that his two months in ICE custody without a bond hearing violated his Fifth Amendment right to due process. *See* Dkt. No. 1 at 9–13. Respondents filed a combined response to the TRO and petition, contending that Petitioner was detained under 8 U.S.C. § 1226(a), and had a bond hearing scheduled for the coming week. Dkt. No. 9 at 1–2. Petitioner filed a reply, agreeing that he was properly detained under § 1226(a), but that due process required that the burden of proof be placed on the Government at the hearing. *See* Dkt. No. 11 at 5–11.

The Court subsequently denied the TRO, finding that due process did not require shifting of the burden of proof under the circumstances. *See Oluwatomisin v. Warden of the Golden State Annex*, No. 1:26-CV-04113 (VC), 2026 WL 1803594, at *1 (E.D. Cal. June 23, 2026). It further ordered Respondents to provide a status report on the outcome of the bond hearing. *Id.* Respondents filed a timely status report noting that Petitioner withdrew his request for a bond hearing. Dkt. No. 14 at 1.

As no bond hearing had been held, the Court ordered Respondents to show cause as to why the Court should not order the Government to provide Petitioner with a bond hearing within seven days and enter Judgment in favor of Petitioner. *See* Dkt. No. 16. Respondents opposed granting the petition, arguing that Petitioner failed to request that his bond hearing be rescheduled after his withdrawal. Dkt. No. 17 at 2. However, they do not oppose scheduling a bond hearing for Petitioner with or without a court order. *Id*. at 1.

As there is no dispute that Petitioner's detention is controlled by § 1226(a), entitling him to a bond hearing, the petition is DENIED without prejudice. This Order in no way precludes Petitioner from filing a renewed petition in the event Respondents fail to provide him with a timely bond hearing upon his request.

**IT IS SO ORDERED.**

Dated: November 2, 2026

VINCE CHHABRIA
United States District Judge